DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| TITAN SPORTS, INC., ET AL. | JOHN DOE, d/b/a BUDDY'S PLACE, ET AL. | DOCKET NO. 1:89CV2202 |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/15/89 | 1 | COMPLAINT. summs iss to pltf's atty on 11/15/89 (13p) (JR) |
| 11/15/89 | 2 | INITIAL Ord. Batchelder, J. iss 11/15/89 (4p) (JR) |
| 11/17/89 | / | REPORT on the filing or determination of action re: a copyright mailed to Register of Copyrights. (JR) |
| 12/12/89 | 3 | SUMMONS retn. srv on john Doe #2 by cert mail (no date given) (2p) (JR) |
| 1/19/90 | 4 (5) | MOTION of deft John Doe #2, Mr. Peabody's Pub for enlarg of time to pld to complt. c/m 1/19/90 (2p) (JR) |
| 1/29/90 | 5 (4) | MARGINAL Entry ord granting mot of deft John Doe #2, Mr. Peabody's Pub for enlarg of time to pld to complt until 2/19/90. Batchelder, J. iss 1/30/90 (1p) (EOD 1/30/90) (JR) |
| 2/2/90 | 6 (8) | MOTION of pltf for lv to file 1st amd complt w/brf in supp. c/m 2/2/90 (7p + exh) (JR) |
| 2/2/90 | 7 (9) | MOTION of pltf to add Close Encounters, Inc as new pty deft. c/m 2/2/90 (4p) (JR) |
| 2/7/90 | 8 (6) | MARGINAL Entry ord granting mot of pltf for lv to file 1st amd complt. Batchelder, J. iss 2/7/90 (1p) (EOD 2/9/90) (JR) |
| 2/7/90 | 9 (7) | MARGINAL Entry ord granting mot of pltf to add Close Encounters, Inc as new pty deft. Batchelder, J. iss 2/7/90 (1p) (EOD 2/9/90) (JR) |
| 2/13/90 | 10 | 1ST amd complt. Summs issd 2/13/90. (15p) (EOD 2/14/90) (CAS) |
| 2/21/90 | 11 | SUMMONS retn. srv on Close Encounters, Inc. srv personally on 2/19/90. (2p) Jr |
| 3/27/90 | 12 (14) | MOTION of deft Mr. Peabody's Pub for lv to file ans instanter. c/m 3/26/90 (2p) (ans attach) (JR) |
| 4/3/90 | 13 (16) | MOTION of John Koval, stat agent for new pty deft Close Encounters. c/m 4/2/90 (2p) (JR) |
| 4/3/90 | 14 (12) | MARGINAL Entry Ord granting mot of deft Mr. Peabody's Pub for lv to file ans instanter. Batchelder, J. iss 4/4/90 (1p) (EOD 4/4/90) (JR) |
| 4/3/90 | 15 | ANSWER of deft Mr. Peabody's Pub to 1st amd complt. c/m 3/26/90 (4p) (JR) |
| 4/13/90 | 16 (13) | MARGINAL Ent Ord granting mot of deft Close Encounters ext of time to resp to pltf's complt. Batchelder, J. issd 4/16/90 (1 p) gw |
| 5/3/90 | 17 (18) | MOTION of deft Close Encounters, for permission to file ans instanter. c/m 5/2/90 (2p+attach) fa |
| 5/16/90 | 18 (17) | MARGINAL Entry ord granting mot of deft Close Encounters, to file ans instanter Batchelder, J. Iss 5/17/90 (1p) fa EOD 5/17/90 |
| 5/18/90 | 19 | NOTICE that Status Conference has been set for 8/7/90 at 8:30 a.m., rm 256. Dwyer, Deputy Clerk Iss 5/18/90 (1p) fa |
| 5/16/90 | 20 | ANSWER of deft Close Encounters to pltf's first amend complt. c/m 5/2/90 3 p ee |

REFER TO COMPUTER DOCKET FOR SUBSEQUENT DOCKET ENTRIES.